IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. RIAZZI,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 16-1663 |
| WELTMAN, WEINBERG & REIS CO.,<br>LPA,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

O R D E R

AND NOW, this 13th day of June, 2017, after the plaintiff, Robert J. Riazzi, filed an action in the above-captioned case, and after a motion for judgment on the pleadings was submitted by the defendant, Weltman, Weinberg & Reis Co., LPA, and after a motion for leave to file an Amended Complaint was submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendant, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 29), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for judgment on the pleadings (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for leave to file an Amended Complaint (ECF No. 18) is DENIED.

s/ DAVID STEWART CERCONE<br>
David Stewart Cercone<br>
United States District Judge

cc: Honorable Robert C. Mitchell,
   United States Magistrate Judge
   Mark G. Moynihan, Esquire
   Richard J. Perr, Esquire
   Monica M. Littman, Esquire

   (*Via CM/ECF Electronic Mail*)